IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**ROBERT HARRIS**                                                                       **PLAINTIFF**

V.                            **CASE NO. 5:23-CV-5101**

**COMMISSIONER, SOCIAL SECURITY
ADMINISTRATION**                                             **DEFENDANT**

## JUDGMENT

**IT IS HEREBY ORDERED AND ADJUDGED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, the decision of the ALJ is **REVERSED** and this case is **REMANDED** to the Commissioner for further consideration pursuant to sentence four of 42 U.S.C. § 405(g).

**IT IS SO ORDERED AND ADJUDGED** on this 17th day of October, 2023.

                                               */s/ Timothy L. Brooks*
                                               TIMOTHY L. BROOKS
                                               UNITED STATES DISTRICT JUDGE